No. 76–6682. MELNYCZENKO v. HEWITT, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 76–6685. KELLEY v. BAPTIST, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–6686. FRIAS-DELEON v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 76–6692. EDMONDS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 76–6696. CARDALL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6698. WASHINGTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6703. WALLACE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–6705. WARD v. HOPPER, WARDEN. Super. Ct. Ga., Tattnall County. Certiorari denied.

No. 76–6706; LaGRONE v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–6721. GREEN v. WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 76–6724. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6730. MOORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6731. MOODY v. MOODY. Sup. Ct. Ga. Certiorari denied.